SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264
ANGELA THORNTON-MILLARD (IA 17922)
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (816) 936-5079
angela.thornton-millard@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| GERALD CHRISTOPHER PHILLIPS,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Civil No. 2:25-CV-01545-DJA<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD AND ANSWER<br><br>(*FIRST REQUEST*) |

    Defendant, Frank Bisignano, Commissioner of Social Security (the "Commissioner"), by and through his undersigned attorneys, hereby moves for a 30-day extension of time to file the Certified Administrative Record (CAR) and answer to Plaintiff's Complaint. The CAR and answer to Plaintiff's Complaint are due to be filed by October 20, 2025. This is the Commissioner's first request for an extension of time.

    1.    I am an attorney for the Social Security Administration and a Special Assistant

1     United States Attorney in the District of Nevada. I represent Defendant.

2. Defendant's Answer is currently due October 20, 2025. I am seeking an extension of 30 days, which would make the new deadline November 19, 2025.

3. At the end of the day on September 30, 2025, the appropriations that have been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for most Executive agencies, including federal defendant Social Security Administration (SSA). It is not clear when funding will be restored by Congress.

4. In the absence of either a Fiscal Year 2026 appropriation or a continuing resolution to continue the ongoing operations of the Social Security Administration (SSA), no further financial obligations may be incurred by SSA, except for that work which, as defined by law, is excepted from the limitations of Anti-Deficiency Act (ADA). *See* 31 U.S.C. §§ 1341–1342.

5. Effective Monday, October 20, 2025, the Social Security Administration has determined that undersigned counsel and colleagues within her office may perform work on Social Security cases arising under 42 U.S.C. § 405(g) during the current lapse in appropriations as excepted work.

6. Although the undersigned counsel is permitted to work on Social Security cases arising under 42 U.S.C. § 405(g) as of October 20, 2025, undersigned counsel has many pressing deadlines resulting from the lapse in funding.

7. Undersigned counsel therefore requests an extension of time for 30 days.

8. Subsequent to restored appropriations, counsel may also need to request extensions on other impacted deadlines.

9. I contacted Plaintiff's counsel who indicated that Plaintiff has no objection to this extension.

For these reasons, this Court should grant Defendant's unopposed request and extend the deadline to file a response to Plaintiff's Complaint.

DATED October 20, 2025

Respectfully submitted,

SIGAL CHATTAH
Acting United States Attorney

By: s/ Angela Thornton-Millard
ANGELA THORNTON-MILLARD
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy

Attorneys for Defendant

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10/21/2025